Malcolm Maxwell **RYIDU–X**, a/k/a **Richard Edward Janey**, **Plaintiff–Appellant**,

v.

**MARYLAND CORRECTIONAL ADJUSTMENT CENTER; Thomas R. Corcoran, Former Warden; Sewall Smith, Warden; Ahamefule Grant Emezue, Corporal, Defendants–Appellees,**

and

**Messingly, Corporalm 3 To 11 Shift, Defendant.**

No. 04–6989.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 14, 2004.

Decided: Oct. 21, 2004.

Malcolm Maxwell Ryidu–X, Appellant pro se.

Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Malcolm Maxwell Ryidu–X appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ryidu–X v. Maryland Corr. Adjustment Ctr.*, No. CA–03–595–WDQ (D.Md. May 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*